**FILED**
**NOVEMBER 29, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                               Case Number:

Cynthia Clark,
    Plaintiff,
v.
United States Cellular Corporation d/b/a U.S. Cellular,
    Defendant.

**07 C 6694**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cynthia Clark, Plaintiff

**JUDGE NORDBERG**
**MAGISTRATE JUDGE ASHMAN**

| | |
|---|---|
| NAME (Type or print) <br> Robert M. Foote | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert M. Foote | |
| FIRM <br> FOOTE, MEYERS, MIELKE & FLOWERS, LLC | |
| STREET ADDRESS <br> 28 North First Street, Suite 2 | |
| CITY/STATE/ZIP <br> Geneva, IL 60134 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03124325 | TELEPHONE NUMBER <br> (630) 232-6333 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |