**FILED**
**NOVEMBER 29, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Cynthia Clark, Plaintiff, v. United States Cellular Corporation d/b/a U.S. Cellular, Defendant. | **07 C 6694** JUDGE NORDBERG MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cynthia Clark, Plaintiff

| | |
|---|---|
| NAME (Type or print) Kathleen C. Chavez | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Kathleen C. Chavez | |
| FIRM CHAVEZ LAW FIRM, P.C. | |
| STREET ADDRESS 28 North First Street, Suite 2 | |
| CITY/STATE/ZIP Geneva, IL 60134 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06255735 | TELEPHONE NUMBER (630) 232-4088 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |