**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 29, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

Cynthia Clark,
    Plaintiff,
v.
United States Cellular Corporation d/b/a U.S. Cellular,
    Defendant.

**07 C 6694**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cynthia Clark, Plaintiff

**JUDGE NORDBERG**
**MAGISTRATE JUDGE ASHMAN**

| NAME (Type or print) |
|---|
| Peter L. Currie |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Peter L. Currie |
| FIRM |
| THE LAW FIRM OF PETER L. CURRIE, P.C. |
| STREET ADDRESS |
| 536 Wing Lane |
| CITY/STATE/ZIP |
| St. Charles, IL 60174 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06281711 | (630) 862-1130 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐