UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CYNTHIA CLARK<br><br>PLAINTIFF(S)<br><br>vs.<br><br>UNITED STATES CELLULAR CORPORATION D/B/A U.S. CELLULAR<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>**07 C 6694**<br><br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Dec 10, 2007**, at **2:37 PM**, I served the above described documents upon **UNITED STATES CELLULAR CORPORATION D/B/A U.S. CELLULAR** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **OLIVIA WILLNER / ADMINISTRATIVE ASSISTANT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **8410 W. BRYN MAWR AVE., STE 700, CHICAGO, IL 60631**.

**DESCRIPTION:** Gender: **F**  Race: **WHITE**  Age: **50**  Hgt: **5'5"**  Wgt: **150**  Hair: **BROWN**  Glasses: **NO**


I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007


SUBSCRIBED AND SWORN to before me this 10th day of December, 2007

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME:<br>Foote, Meyers, Mielke & Flowers, LLC<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>35239 |

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Cynthia Clark

        V.

United States Cellular Corporation d/b/a U.S. Cellular

CASE NUMBER: **07 C 6694**

ASSIGNED JUDGE: **JUDGE NORDBERG**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

United States Cellular Corporation d/b/a U.S. Cellular
c/o Mark Krohse, As Registered Agent
8410 West Bryn Mawr Avenue
Suite 700
Chicago, IL 60631

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Foote, Esq.
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street
Suite 2
Geneva, IL 60134

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Nadine Girley*
----------------------------------
**(By) DEPUTY CLERK**

**November 29, 2007**
----------------------------------
Date