**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CYTHNIA CLARK,<br>          Plaintiff,<br>     vs.<br>UNITED STATES CELLULAR CORP., d/b/a U.S. Cellular<br>          Defendant. | Case Number:<br>07 C 6694 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
UNITED STATES CELLULAR CORPORATION

| |
|---|
| NAME (Type or print)<br>Jennifer Schilling |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ Jennifer Schilling |
| FIRM<br>DLA Piper US LLP |
| STREET ADDRESS<br>203 North LaSalle Street, Suite 1900 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06256634 | TELEPHONE NUMBER<br>312-368-4000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.com