### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 C 6694 |
| | ) | |
| v. | ) | Judge Nordberg |
| | ) | |
| UNITED STATES CELLULAR | ) | Magistrate Judge Ashman |
| CORPORATION d/b/a U.S. CELLULAR, | ) | |
| | ) | |
| Defendant. | ) | |

### AGREED MOTION FOR EXTENSION
### OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, United States Cellular Corporation ("Defendant"), by and through its attorneys, Adrianne C. Mazura and Jennifer Schilling of DLA Piper US LLP, respectfully moves this Court for an extension of time in which to answer or otherwise plead to Plaintiff's Complaint, and in support of its motion, Defendant states as follows:

1. Plaintiff filed her complaint on November 29, 2007.

2. Defendant was served with the complaint on December 10, 2007.

3. Defendant's Answer, Affirmative Defenses, or other responsive pleadings are due on January 2, 2008.

4. Due to holiday and vacation schedules, Defendant requires additional time to prepare its responsive pleading. Additionally, Defendant and Plaintiff are discussing settlement and would like to pursue those conversations without Defendant incurring additional legal expenses. Therefore, Defendant requests an extension of time of two weeks up to and including, January 16, 2008 to file its answer or otherwise plead.

5.    On December 26, 2007, Counsel for Defendant, Jennifer Schilling spoke with Counsel for Plaintiff, Stephen Fung regarding this extension of time. Mr. Fung indicated that he agrees to this extension of time.

**WHEREFORE**, Defendant, United States Cellular Corporation respectfully requests that the Court grant its Agreed Motion for Extension of Time to Answer or Otherwise Plead, allowing it until January 16, 2008, in which to file its responsive pleading.

Dated: December 26, 2007                    Respectfully submitted,

                                              **UNITED STATES CELLULAR CORPORATION**

                                              By:   s/Jennifer Schilling
                                                         One of Its Attorneys

Adrianne C. Mazura (ARDC #03122428)
Jennifer Schilling (ARDC #06256634)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
(312) 368-4000