**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CYNTHIA CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 C 6694 |
| | ) | |
| v. | ) | Judge Nordberg |
| | ) | |
| UNITED STATES CELLULAR CORPORATION d/b/a U.S. CELLULAR, | ) ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

## NOTICE OF AGREED MOTION

**TO:**  Robert M. Foote                                            Kathleen Chavez
        Stephen W. Fung                                           Chavez Law Firm P.C.
        Foote, Meyers, Mielke, Flowers, LLC         28 N. First Street, Suite 2
        28 N. First Street, Suite 2                               Geneva, Illinois 60134
        Geneva, Illinois 60134

        Peter L. Currie
        The Law Firm of Peter L. Currie, P.C.
        536 Wing Lane
        Saint Charles, Illinois 60174

**PLEASE TAKE NOTICE** that on **Wednesday, January 2, 2008 at 2:30 p.m.,** or as soon as counsel may be heard, I shall appear before the Honorable Judge Nordberg, or any judge sitting in his stead, in Courtroom 1801 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present an **Agreed Motion For Extension of Time to Answer or Otherwise Plead**, a copy of which is attached hereto and hereby served upon you.

                                                                    **UNITED STATES CELLULAR
                                                                    CORPORATION**


                                                                    By: s/ Jennifer Schilling
                                                                        One of Its Attorneys

Adrianne C. Mazura (ARDC #03122428)
Jennifer Schilling (ARDC #06256634)
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois  60601-1293
(312) 368-4000