**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Cynthia Clark
                              Plaintiff,

v.                                                    Case No.: 1:07–cv–06694
                                                      Honorable John A. Nordberg

United States Cellular Corp.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 3, 2008:

MINUTE entry before Judge John A. Nordberg :MOTION by Defendant United States Cellular Corp. for extension of time to file answer regarding complaint or Otherwise Plead – AGREED [12] is granted. Defendant is to answer or otherwise plead by January 16, 2008.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.