IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA CLARK,  )<br> )<br>  Plaintiff,  )<br> )<br> v.   )<br> )<br> UNITED STATES  )<br> CELLULAR CORP.,  )<br> d/b/a U.S. CELLULAR,  )<br> )<br>  Defendant.  )<br> ) | Case No. 07 C 6694<br><br>Judge Nordberg<br>Magistrate Judge Ashman<br><br><u>Jury Trial Demanded</u> |

## STIPULATION OF DISMISSAL

Plaintiff, Cynthia Clark, and Defendant, United States Cellular Corp., being all the parties who have appeared in this action, hereby stipulate, by and through their respective attorneys, to the dismissal of the instant lawsuit with prejudice and without an award of costs or attorneys' fees to any party. The parties jointly move this Honorable Court to dismiss this case with prejudice and without an award of costs or attorneys' fees to any party.

| PLAINTIFF | DEFENDANT |
|---|---|
| **BY:** /s/ Stephen W. Fung | **BY:** /s/ Jennifer Schilling<br>*[signed electronically with express authorization of Jennifer Schilling]]* |
| One of her Attorneys | One of its Attorneys |
| Robert M. Foote, Esq. (#03124325)<br>Stephen W. Fung, Esq. (#06289522)<br>FOOTE, MEYERS, MIELKE & FLOWERS, LLC<br>28 N. First St.<br>Suite 2<br>Geneva, IL 60134 | Jennifer Schilling (#06256634)<br>Adrianne Mazura (#03122428)<br>DLA PIPER US LLP<br>203 N. LaSalle St.<br>Suite 1900<br>Chicago, IL 60601-1293 |
| Kathleen C. Chavez, Esq. (#06255735) | |

**CHAVEZ LAW FIRM, P.C.**
28 N. First St.
Suite 2
Geneva, IL 60134

Peter L. Currie, Esq. (#06281711)
**THE LAW FIRM OF PETER L. CURRIE, P.C.**
536 Wing Lane
St. Charles, IL 60174

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2008, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Northern District of Illinois, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Jennifer Schilling
Adrianne C. Mazura
DLA PIPER US LLP
203 N. LaSalle St.
Suite 1900
Chicago, Illinois 60601-1293
Adrianne.mazura@dlapiper.com
Jennifer.schilling@dlapiper.com

                                                /s/ Stephen W. Fung
                                                      Stephen W. Fung